3336, 3337.   ROBERTS *v.* NATIONAL BANK OF TIFTON.

These cases are controlled by the decision this day rendered in *Hansford
v. National Bank of Tifton,* ante, 270.

DECIDED JANUARY 15, 1912.

Action for damages; from city court of Tifton—Judge Eve.
March 7, 1911.

*C. C. Hall, Claude Payton,* for plaintiff.
*Fulwood & Murray,* for defendant.

POWELL, J. While in particular facts these cases differ some-
what from the case of *Hansford* v. *National Bank of Tifton,* in
general principle they are covered by it. In these cases the prosecu-
tion was for cheating and swindling, whereas in that case it was for
carrying concealed weapons. Both of these offenses are simply
violations of penal laws of this State, with the enforcement of which
national banks have no concern whatever.

*Judgment affirmed.*